■ MADELINE GRIMM, Appellant, v. B. GERTZ, INC., Respondent.— Motion by respondent to dismiss appeal granted, with $10 costs, and appeal dismissed. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ SAMUEL HOROWITZ et al., Copartners Doing Business as HOROWITZ & RUBIN, Appellants, v. ALLEY POND PARK APARTMENTS No. 1, INC., et al., Respondents.— Motion by appellants to dispense with the printing of the exhibits and pleadings, granted as to the exhibits (designated as items 1 to 5 in the moving affidavit), and denied as to the pleadings (designated as items 6, 7 and 8 in the moving affidavit). The original exhibits, other than those printed in the record on the pending companion appeal between the same parties, shall be handed upon the argument. Cross reference may be made in the briefs to said record. Both appeals are directed to be heard together. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ISLE OF WIGHT OWNER'S ASSOCIATION, INC., Respondent, v. MISSOURI VALLEY DREDGING Co. et al., Defendants, and M. A. GOUL et al., Appellants.— Motion by appellants for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of Special Term, dated June 27, 1960, properly made? Pursuant to statute (Civ. Prac. Act, § 589, subd. 4, par. [a]), this court further certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for the Alteration of Alignment of Denton Avenue from Jericho Turnpike to Other Avenues. GULF OIL CORPORATION, Appellant.— Motion by appellant to extend time to perfect appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 6, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of the Probate of the Will of WILLIAM A. MOODY, Deceased. GARDINA M. WHITTINGHAM et al., Appellants; ELIZABETH MOODY, as Executrix of WILLIAM A. MOODY, Deceased, Respondent.— This motion by petitioners to compel acceptance of their notice of appeal was held in abeyance pending hearings before an Official Referee as to whether the order appealed from was duly served and the date of service, and pending his report. The Referee has now filed the minutes of the hearings and his report in which he finds that a copy of the order, with notice of its entry, was duly served upon petitioner's attorney on the date claimed by the attorney for the executrix respondent, namely: on March 31, 1960. The court approves the Referee's finding. The motion to compel acceptance of the notice of appeal is denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ JALCO PRODUCTS, INC., Respondent, v. TOBRA KNITTING MILLS, INC., et al., Appellants.— Motion by defendants for leave to appeal to this court from order of the Appellate Term, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.